COLUMBUS, DELAWARE & MARION ELECT CO v O'DAY, Admrx.

Ohio Supreme Court
No 22134. Decided June 4, 1930

Judgment affirmed.

Kinkade, Jones, Matthias and Allen, JJ., concur, Marshall, CJ., and Robinson, J., dissent.